Jay Rorty [SBN: 135097]
The Law Offices of Jay Rorty
501 Mission St., Suite 10
Santa Cruz, CA 95060
jay@rortylaw.com

Attorneys for Defendant
THONG TRUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00071 DJC |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S APPEARANCE |
| THONG TRUONG, | |
| Defendant. | |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant THONG TRUONG hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, for any hearing regarding modification of conditions of supervised release, and when any other action is taken by the Court before or after trial.

    Defendant hereby requests that the Court proceed during every absence which the Court may permit pursuant to this waiver; agrees that the defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and, further agrees to be present in court ready for trial any day and hour the Court may fix in the

defendant's absence.

The defendant further acknowledges being informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: January 13, 2025  /s/ Thong Truong
THONG TRUONG
Defendant
(Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: January 14, 2025  /s/ Jay Rorty
Jay Rorty
Attorney for Defendant
THONG TRUONG

IT IS SO ORDERED.

Dated: January 15, 2025

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE