JAY RORTY [SBN: 135097]
Law Offices of Jay Rorty
501 Mission St Ste. 10
Santa Cruz, CA 95060
jay@rortylaw.com
Tel: (831) 246-1546

Attorney for Thong Troung

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: CR- 2 24 CR 0071 DJC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **(PROPOSED)** ORDER ON UNOPPOSED REQUEST FOR TRAVEL PURSUANT TO PRE TRIAL BAIL CONDITIONS |
| Thong Troung | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING AND WITH NO OBJECTIONS, IT IS HEREBY**

**ORDERED** that the Defendant is permitted travel to Hawaii, USA from September 9, 2025 through to September 13, 2025. Both Pretrial and the AUSA have confirmed they have no objections to the Defendants request to travel.

IT IS SO ORDERED.

Dated:   September 9, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Defendant's Request for travel pursuant to pre trial bail conditions

1