JAY RORTY [SBN: 135097]
Law Offices of Jay Rorty
501 Mission St Ste. 10
Santa Cruz, CA 95060
jay@rortylaw.com
Tel: (831) 246-1546

Attorney for Thong Troung

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Thong Troung<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO:  CR- 2 24 CR 0071 DJC-10

**ORDER ON UNOPPOSED REQUEST FOR TRAVEL PURSUANT TO PRE TRIAL BAIL CONDITIONS**

**GOOD CAUSE APPEARING AND WITH NO OBJECTIONS, IT IS HEREBY**

**ORDERED** that the Defendant is permitted travel to San Diego, California from April 5, 2026 through to April 7, 2026. Pretrial and the government have been provided with a copy of the Defendant's travel itinerary and have confirmed they have no objections to the Defendant's request to travel.

SO ORDERED:

Dated:  April 1, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Defendant's Request for travel pursuant to pre trial bail conditions

1