KAREN MCCONVILLE, SBN 269234
McConville Law
24 Professional Center Parkway, Suite 240-D
San Rafael, California 94903
Tel: 415-786-7806
Email: kmcconville3@gmail.com

Attorney for
THONG TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THONG TRUONG,<br><br>Defendant. | Case No. 2:24-CR-00071 DJC<br><br>**[~~PROPOSED~~] ORDER REQUESTING OUT OF DISTRICT TRAVEL** |

**GOOD CAUSE APPEARING AND WITH NO OBJECTIONS, IT IS HEREBY ORDERED** that the Defendant is permitted travel to Reno, Nevada, USA from October 23, 2026, through to October 25, 2026. Pretrial has confirmed they have no objections to the Defendants request to travel. The government have been notified, and no objection has been received. There have been no prior objections to any past travel requests by the government.

IT IS SO ORDERED

Dated: October 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE