KAREN MCCONVILLE, SBN 269234
McConville Law
24 Professional Center Parkway, Suite 240-D
San Rafael, California 94903
Tel: 415-786-7806
Email: kmcconville3@gmail.com

Attorney for
THONG TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THONG TRUONG,<br><br>Defendant. | Case No. 2:24-CR-00071-DJC-10<br><br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA** |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through its counsel of record, Katherine Lydon, Assistant United States Attorney, and Defendant, Thong Truong, by and through defense counsel of record, Karen McConville, as follows:

**1.** Defendant, Thong Truong, intends to withdraw his plea of not guilty and enter a plea of guilty.

**2.** The parties jointly request that the Court set a change-of-plea hearing on November 12, 2026, at 9am, in Courtroom 7 before the Honorable Daniel J. Calabretta.

**3.** Counsel for both parties have conferred and are available on the requested date and time.

**4.** A written plea agreement has not been reached between the parties. The defendant intends to plea open to the charges in the indictment. The parties factual basis for the plea will be filed no later than November 9, 2026, or such earlier dates as preferred by the court.

IT IS SO STIPULATED.

Date: November 3, 2026

Respectfully submitted,

/s/ Karen Mcconville

KAREN MCCONVILLE
Attorney for Thong Troung

ERIC GRANT
United States Attorney

/s/ Katherine Lyon

KATHERINE LYDON
ELLIOT C. WONG
ZACHARY RAY
Assistant United States Attorneys

## ORDER

**THE COURT, having considered the foregoing Stipulation of the parties and good cause appearing, HEREBY ORDERS as follows:**

**1.** The change-of-plea hearing in the above-captioned matter is SET for November 12, 2026, at 9am in Courtroom 7 before the Honorable Daniel J. Calabretta.

**2.** Counsel shall appear with Defendant, Thong Truong in person.

**3.** The parties' factual basis for the change of plea shall be submitted to the court no later than November 9, 2026, or by earlier order of the court.

IT IS SO ORDERED.

Dated: November 3, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE