KAREN MCCONVILLE, SBN 269234
McConville Law
24 Professional Center Parkway, Suite 240-D
San Rafael, California 94903
Tel: 415-786-7806
Email: kmcconville3@gmail.com

Attorney for
THONG TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

UNITED STATES OF AMERICA,

Plaintiff,

v.

THONG TRUONG,

Defendant.

Case No. 2:24-CR-00071-DJC-10

**STIPULATION AND ORDER TO SET CHANGE OF PLEA**

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through its counsel of record, Katherine Lydon, Assistant United States Attorney, and Defendant, Thong Truong, by and through defense counsel of record, Karen McConville, as follows:

**1.** Defendant, Thong Truong, intends to withdraw his plea of not guilty and enter a plea of guilty.

**2.** The parties jointly request that the Court set a change-of-plea hearing on December 3, 2026, at 9am, in Courtroom 7 before the Honorable Daniel J. Calabretta, the time currently set for the trial confirmation hearing in this case.

**4.** A written plea agreement has not been reached between the parties. The defendant intends to plead open to the charges in the indictment. The parties previously filed a factual basis for the plea on November 9, 2026, at Dkt. 234. The parties intend to rely on this factual basis at the scheduled change of plea.

IT IS SO STIPULATED.

Date: November 17, 2026

Respectfully submitted,

__/s/_________________
KAREN MCCONVILLE
Attorney for Thong Troung

ERIC GRANT
United States Attorney

__/s/_________________
KATHERINE LYDON
ELLIOT C. WONG
ZACHARY RAY
Assistant United States Attorneys

## ORDER

**THE COURT, having considered the foregoing Stipulation of the parties and good cause appearing, HEREBY ORDERS as follows:**

**1.** The change-of-plea hearing in the above-captioned matter is SET for December 3, 2026, at 9am in Courtroom 7 before the Honorable Daniel J. Calabretta.

**2.** Counsel shall appear with Defendant, Thong Truong in person.

**3.** The parties' factual basis for the change of plea at Dkt. 234 forms the basis for an open plea.

IT IS SO ORDERED.

Dated: November 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE